**RABINOVICH SOKOLOV LAW GROUP LLC**
Jason Rabinovich, Esquire
Identification No. 308167
226 Walnut St
Philadelphia, PA 19106
Tel: (215) 717-2200
E-mail: jason@rslawgroup.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHG COMPANIES, INC. d/b/a COMPHEALTH, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CKHS, INC., f/k/a/ CROZER-KEYSTONE HEALTH SYSTEM, a Pennsylvania corporation,<br><br>Defendant. | Civil Action No. 2:24-cv-00892-MAK |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT**

TO: CLERK OF COURT

Plaintiff CHG Companies, Inc. d/b/a CompHealth, by and through its undersigned counsel, hereby requests entry of default judgment against Defendant CKHS, INC d/b/a Crozer-Keystone Health System, pursuant to Federal Rule of Civil Procedure 55(b)(1) and this Court's April 1, 2024 letter, on the grounds that Plaintiff's claim is for a sum certain, and Defendant failed to timely answer the Summons and Complaint. An Affidavit in support of this request is submitted herewith.

DATED: April 16, 2024

                                                RESPECTFULLY SUBMITTED,
                                                **Rabinovich Sokolov Law Group LLC**

                                                BY: <u>/S/ JASON RABINOVICH</u>
                                                Jason L Rabinovich, Esquire
                                                *Attorney for Plaintiff*